# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA EDWARDS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LAW OFFICES OF CRYSTAL MORONEY, P.C.,<br><br>　　　　　　　Defendant | Case no. 2:15-cv-02008-MCE-DAD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

In accordance with the parties' stipulation, and good cause appearing, Defendant's date to file a response to Plaintiff's Complaint is hereby extended to January 15, 2016.

IT IS SO ORDERED

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

{00042368;1}

1

ORDER