1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  1112 Ocean Drive, 3rd floor
   Manhattan Beach, CA 90266
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  AMANDA EDWARDS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

AMANDA EDWARDS,

    Plaintiff,

  vs.

LAW OFFICE OF CRYSTAL MORONEY P.C,

    Defendant.

**Case No.: 2:15−CV−02008−MCE−DAD**

NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, AMANDA EDWARDS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                  Respectfully Submitted,

Dated: February 3, 2016        KROHN & MOSS LTD

                                  /s/ Ryan Lee
                                  Ryan Lee, Esq.
                                  Attorney for Plaintiff,
                                  AMANDA EDWARDS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on February 3, 2016 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee, Esq.