UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMANDA EDWARDS, | § § | |
| Plaintiff, | § § | |
| | § | |
| v. | § | No. 2:15-cv-02008-MCE-CKD |
| LAW OFFICE OF CRYSTAL MORONEY P.C, | § § | |
| | § | |
| Defendant. | § | |

ORDER DISMISSING ACTION

In accordance with the Stipulation to Dismiss executed by all appearing parties, and good cause appearing, the above-referenced matter is hereby dismissed with prejudice, both sides to bear their own fees and costs. The matter having been disposed of in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated:  March 15, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT